# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**CLANT M. SEAY**  **PLAINTIFF**

v.  CAUSE NO. 3:18CV26-MPM-JMV

**UNITED STATES DEPARTMENT OF**
**AGRICULTURE, ET AL.**  **DEFENDANT**

## ORDER

Before the Court is the Joint Motion *ore tenus* to hold the evidentiary hearing set in this matter on June 26, 2018, telephonically. The Court finds the motion well taken and that it should be granted.

THEREFORE, IT IS ORDERED that the hearing set for June 26, 2018, will be conducted telephonically.

/s/ Jane M. Virden
United States Magistrate Judge

PREPARED BY AND AGREED TO:

/s/ SAMUEL D. WRIGHT
Samuel D. Wright
Assistant United States Attorney

AGREED TO:

/s/ CLANT M. SEAY
Clant M. Seay
Plaintiff