IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CLANT M. SEAY**                                                                   **PLAINTIFF**

**V.**                                                           **NO: 3:18-CV-026-MPM-JMV**

**UNITED STATES DEPARTMENT
OF AGRICULTURE ("USDA") and**                              **DEFENDANTS**
**ANIMAL AND PLANT HEALTH
INSPECTION SERVICE ("APHIS")**

### ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated September 5, 2018, was on that date duly served upon the parties; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court finds that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation [39] of the United States Magistrate Judge dated September 5, 2018, is hereby approved and adopted as the opinion of the Court.

SO ORDERED, this the 22nd day of October, 2018.

                                                 **/s/ MICHAEL P. MILLS**
                                                 **UNITED STATES DISTRICT JUDGE NORTHERN
                                                 DISTRICT OF MISSISSIPPI**